ASH

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lora Henry Restrepo,<br>Petitioner,<br>v.<br>David R. Rivas, et al.,<br>Respondents. | No. CV 26-03819-PHX-SPL (JZB)<br><br>**ORDER** |

On May 29, 2026, Petitioner filed a *pro se* Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus challenging her immigration detention pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Doc. 1). On June 2, 2026, the Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 3). In their Response (Doc. 6), Respondents indicate that Petitioner was ordered removed from the United States on May 21, 2026, and Petitioner was "scheduled to depart the United States on June 16, 2026." (*Id.*). No further filings have been made, however, and it is unclear whether Petitioner has been removed.

Accordingly, the Court will direct Respondents to provide an update on their efforts to effectuate Petitioner's removal within seven days of this Order.

. . . .

. . . .

. . . .

. . . .

**IT IS THEREFORE ORDERED** that Respondents must file an update on their efforts to remove Petitioner within **seven (7) days** of the date of this Order.

Dated this 10th day of November, 2026.

Honorable Steven P. Logan
United States District Judge